■ In the Matter of THOMAS D. NELSON, Petitioner, v LEONARD PORTUONDO, as Superintendent of Shawangunk Correctional Facility, Respondent. [726 NYS2d 594] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a determination finding him guilty of violating the prison disciplinary rule against possessing contraband. The At-

torney General has advised this Court by letter that the determination at issue has been administratively reversed and that all references thereto have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see, Matter of Witherspoon v Goord*, 243 AD2d 931).

Cardona, P. J., Mercure, Peters, Carpinello and Mugglin, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.